# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 3, 2021

## NO. 03-19-00716-CV

**MFG Financial, Inc., Appellant**

**v.**

**Paul Jason Hamlin and Tara Natalie Bertalan Hamlin, Appellees**

**APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH**
**REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the trial court's order denying appellant's motion to dismiss under the Texas Citizens Participation Act (TCPA) signed by the trial court on September 19, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order and remands the case to the trial court for further proceedings consistent with the TCPA. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.